Good morning. The next case is Geico versus Hackensack. I am informed by our courtroom deputy that there were some stipulations filed but that they're defective. Where are the parties? Good morning, counsels. Good morning, your honor. The stipulations filed were defective. I am informed. I haven't had a chance to see them yet, but they are defective because let me see why. I have this note. Well, let me ask you to tell us what you want to tell us. We heard yesterday that this case may be settled? Yes, your honor. This is Max Gershinoff, counsel for the appellee. I do believe that the case is settling except with respect to two of the defendants who also are appellants, your honor. So there are still going to be appellants left following the settlement. Then we need to hear your argument today. I think that's correct, your honor. Your honor, if I may dismiss the Roberts speaking on behalf of Appellant Jan Moshe and Hudson Regional Hospital. I was assigned by the other defendants to argue on behalf of all of them. However, it seems that there will be the counsel outside of my office who participated very vigorously into the night to finalize the settlement agreement, which was finalized. I apologize. I wasn't aware that the stipulations filed were defective or deficient anyway. For that, I apologize, your honor. But that undertaking was executed this morning, leaving effectively two appellants slash defendants in the case, which would be which would be Dr. Shapiro and his entity, which I believe is looking for a caption because I'm not familiar with the neurodiagnostics. So that being said, Dr. Shapiro and neurodiagnostics are the only appellants left. That would be correct, your honor. And the parties, when negotiating the agreement in order to be transparent and to be and to and to maintain the spirit of the agreement with Geico, there was discussion that we would not we would not press oral argument, given our settlement negotiation was was also premised on the fact that we would resolve the litigation. With the sincere effort not to go ahead and press the oral argument in the interest of resolving the matter. And that was achieved with the exception of the two appellants that I identified. Does that mean that both the remaining parties are submitting? I don't want to speak for Mr. Conroy. I believe he's on. I believe he's on the line. That would be good. Yeah. Mr. Conroy is here on behalf of his his two remaining clients. I'm just being honest and transparent with the court about what the communications were with with with with Appelli Geico and and all of the other appellants with the exception of those two, Dr. Shapiro and his and his practice entity. Um, does the settlement envision lifting the order of the district court? It envisions a dismissal of the action. You would envision it if it happened. Envisioning means conceiving of something that would take place in the future that hasn't happened yet. Well, Your Honor, with the exception of perfecting the process that indeed has, there's a signed agreement between the parties. With respect to all of the parties? With respect to all but the two I've identified, which would be which would be Dr. Shapiro and his entity. Has Dr. Shapiro and his entity agreed in principle to the settlement? I will not speak to that. Mr. Gershenoff might. I, Your Honor, I do not believe that they have at this point in time, but their counsel is on the line, Mr. Conroy. So I would defer to him. But so far, I have not heard that he agrees with the settlement judge. Mr. Conroy, are you there? Could you join us? Well, we see him. I see him. I am, Your Honor. I don't know whether the court can hear me. Yes, we can hear you. Join the meeting. I'm sorry, Your Honor. I believe I lost my audio and video during the prior argument. It's not working. Okay, Mr. Conroy. Perhaps, perhaps Mr. Conroy can phone in again on a line that is that is working and we can hear this after the next appeal. Yeah. We will continue to stay at the judge's suggestion. Mr. Gershenoff, Mr. Roberts, please stay available just until we decide what happens next. Thank you all.